STATE OF NEW JERSEY v. SAMUEL MARTIN, JR.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK S. GUZZI.

February 26, 1980.

Petition for certification denied.

LEON FEINBLOOM v. MAYOR & COUNCIL OF THE
BOROUGH OF POMPTON LAKES.

February 26, 1980.

Petition for certification denied.